FILED ENTERED
COUNSEL/PARTIES RECEIVED SERVED ON OF RECORD
MAY 20 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                        )<br>                    Plaintiff, )<br>          v.                                            )         2:12-CR-485-GMN-(PAL)<br>                                                        )<br>ROCCO LAZAZZARO,                 )<br>                                                        )<br>                    Defendant.       ) | |

**ORDER OF FORFEITURE**

On May 20, 2013, defendant ROCCO LAZAZZARO pled guilty to Count One of a Twenty-Six-Count Indictment charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Indictment and agreed to in the Plea Agreement. Indictment, ECF No. 1.

This Court finds that ROCCO LAZAZZARO shall pay a criminal forfeiture money judgment of $3,745,310.96 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

1 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 | States recover from ROCCO LAZAZZARO a criminal forfeiture money judgment in the amount of
3 | $3,745,310.96 in United States Currency.

DATED this 20 day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE