UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROCCO LAZAZZARO,<br><br>Defendant. | 2:12-CR-485-GMN-(PAL) |

### ORDER OF FORFEITURE

This Court found on May 20, 2013, that ROCCO LAZAZZARO shall pay a criminal forfeiture money judgment of $3,745,310.96 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 44; Plea Agreement, ECF No. 45; Order of Forfeiture, ECF No. 46.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROCCO LAZAZZARO a criminal forfeiture money judgment in the amount of $3,745,310.96 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 22 day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Rocco Lazazzaro**
**2:12-cr-00485-GMN-PAL**
**Restitution List**



Turnberry Associates                              $3,745,310.96
Attn: Patrick Powers
19950 West Country Club Drive, 10th Floor
Aventura, Florida   33180