DAYLE ELIESON
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-485-GMN-PAL |
| Plaintiff, | STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE |
| vs. | |
| ROCCO LAZAZZARO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle, Assistant Federal Public Defender, counsel for offender ROCCO LAZAZZARO, that the Revocation Hearing currently scheduled for Friday, November 16 at 8:30 a.m. be vacated and continued to a date and time convenient to the Court not sooner than 14 days from the current setting.

This Stipulation is entered into for the following reasons:

1. An essential witness will be unavailable on the current setting date due to a previously scheduled medical procedure. The witness receives chemotherapy each Friday. As a

result of the effects of each session of the chemotherapy, she is physically unable to attend a hearing until the middle of the following week.  The supervising probation officers, who are also essential witnesses, and the assigned Assistant United States Attorney will be unavailable Monday November 19 through Wednesday November 21.

    2.    The parties have conferred and continue to discuss a potential resolution.

    3.    Failing an agreement, the parties anticipate that a hearing on the petition may require approximately three hours.  The parties understand that an unrelated multi-day trial currently before the Court appears likely to continue through the current scheduled date in this matter and appears likely to continue into the following week.

    4.    Offender LAZAZZARO is in custody and agrees with the need for the continuance.

    5.    This continuance is sought for the purposes set out above, not for the purpose of delay.

    6.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

## RELIEF REQUESTED

For the reasons stated above, the parties request the Court vacate the revocation hearing in this matter currently set for Friday, November 16 at 8:30 a.m. and continue the revocation hearing to a date and time convenient to the Court in the middle of a week not sooner than 14 days from the current setting.  A proposed order is attached.

Dated:  November 15, 2018.

| Counsel for ROCCO LAZAZZARO | DAYLE ELIESON,<br>United States Attorney |
|---|---|
| _____//s//_____<br>PAUL RIDDLE<br>Assistant Federal Public Defender | _____//s//_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

||||
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | UNITED STATES DISTRICT COURT | |
| 5 | DISTRICT OF NEVADA | |
|   | -oOo- | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-485-GMN-PAL |
|---|---|
| Plaintiff, | PROPOSED ORDER GRANTING THE STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE |
| vs. | |
| ROCCO LAZAZZARO, | |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the revocation hearing currently scheduled for Friday, November 16 at 8:30 a.m. be vacated and continued to __ Thursday, December 11, 2018,_____ at the hour of _10:30_ _a_.m. in Las Vegas Courtroom __7D____.

IT IS SO ORDERED this November _15th_, 2018:

_____
GLORIA M. NAVARRO
CHIEF JUDGE, UNITED STATES DISTRICT COURT

1

CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE on this date by Electronic Case File system:

> Paul Riddle
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, NV 89101
> 702-388-5185
> Email: paul_riddle@fd.org
> Counsel for Rocco Lazazzaro

DATED: November 15, 2018

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney