**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROCCO LAZAZZARO, <br><br> Defendant. | 2:12-CR-485-GMN-(PAL) <br><br> **Sealed Order Substituting and Forfeiting Rocco Lazazzaro's 2018 White Nissan Maxima, VIN 1N4AA6APXJC368076 and Any and All Funds in U.S. Bank Account Nos. ▮▮▮▮2172 and ▮▮▮▮3290** |

This Court, having read and considered the (1) Government's Sealed Ex Parte Motion to file this Motion and the Motion to Substitute and to Forfeit Property of Rocco Lazazzaro under seal and Motion to Useal and Order and (2) Government's Sealed Ex Parte Motion to Substitute and to Forfeit the 2018 White Nissan Maxima, VIN 1N4AA6APXJC368076 and Any and All Funds in U.S. Bank Account Nos. ▮▮▮▮2172 and ▮▮▮▮3290 of Rocco Lazazzaro, and good cause appearing, finds Lazazzaro owns the property and the government has met three conditions of the five conditions to substitute and to forfeit the property under 21 U.S.C. § 853(p).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the 2018 White Nissan Maxima, VIN 1N4AA6APXJC368076 and Any and All Funds in U.S. Bank Account Nos. ▮▮▮▮2172 and ▮▮▮▮3290 ("property") are substituted and are forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States is now entitled to, and should, reduce the property to the possession of the United States;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States should take into custody the property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States through the Federal Bureau of Investigation (FBI) is authorized to take into custody the

vehicle. The FBI is authorized to enter into Lazazzaro's residence, including the garage, carport, and other structure where the vehicle will be located at ███████████ ███ Las Vegas, Nevada ███, a single family residence located on the west side of the street and top southwest portion of ███████████. The door is cream white in color with a gold handle and faces east. There is a "beware of dog" sign in gold letters with a red background located in the approximate middle of the door. The door is located in a recessed alcove behind a tan security gate. The house is brown stucco with white accents and a red tile roof. The numbers ███ are firmly affixed on a plastic placard directly north of the garage door. The numbers ███" are black in color with a white background;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States through the FBI is authorized (1) to take into custody any and all funds in U.S. Bank Account Nos. ████████2172 and ████████3290 from U.S. Bank and (2) to require U.S. Bank (a) to provide immediately to the FBI agent the current account balance; (b) to issue immediately a check payable to "United States Marshals Service" for the total amount of the funds in the accounts the day this order is executed; and (c) to immediately turn over the cashier's check to the authorized FBI agent with a current statement showing changes to the account.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all ownership rights, titles, and interests of Lazazzaro in the property is forfeited and is vested in the United States and shall be safely held by the United States until further order of the Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States will serve Lazazzaro with this order and the two motions after the property has been taken into custody;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government

attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the sealed motions and Substitution and Forfeiture Order will be automatically unsealed so the proper parties may be served after the property has been taken into custody and the United States files documents showing that the property was taken into custody.

DATED this __26__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT